IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JOSEPH DECOSDA TURNER, ) | |
| ) | |
| Petitioner, ) | |
| ) | 1:12CV648 |
| v. ) | 1:06CR322-1 |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

ORDER

On February 24, 2014, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. No objections to the Recommendation have been filed. Therefore, the Court need not make a *de novo* review and the Magistrate Judge's Recommendation [Doc. #50] is hereby adopted.

IT IS THEREFORE ORDERED that Petitioner's Motion to Vacate, Set Aside or Correct Sentence [Doc. #31] is GRANTED, that Respondent's Motion to Dismiss [Doc. #41] is DENIED, and that the Judgment [Doc. #17] is VACATED. The Clerk is directed to set this matter for resentencing as to Count Five of the Indictment, with the conviction and sentence as to Count Six remaining unaffected. Petitioner remains in custody, and the United States Attorney is directed to produce Petitioner for the resentencing hearing. The Probation Office is directed to prepare a Supplement to the Presentence Investigation Report in advance of the hearing. Counsel will be appointed to represent Petitioner at the resentencing hearing.

This, the 25th day of March, 2014.

United States District Judge